ACCEPTED
01-14-00895-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/7/2015 11:34:55 AM
CHRISTOPHER PRINE
CLERK

## NO. 01-14-00895-CR

LAMAR MARCELL HUNTER,
          APPELLANT

V.

THE STATE OF TEXAS,
          APPELLEE

IN THE COURT OF APPEALS

FIRST      SUPREME      JUDICIAL
DISTRICT

HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/7/2015 11:34:55 AM
CHRISTOPHER A. PRINE
Clerk

### MOTION FOR EXTENSION OF TIME TO
### FILE STATE'S RESPONSE BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

Now comes Jack Roady, Criminal District Attorney of Galveston County, Texas, pursuant to Rule 10.5(b), Texas Rules of Appellate Procedure, and moves for an extension of time in which to file the State's Brief and would respectfully show the Court of Appeals as follows:

1. The appellant was convicted of AGGRAVATED SEXUAL ASSAULT OF A CHILD, and was sentenced on 8/28/2014. The trial case was styled as *State of Texas v. Lamar Marcell Hunter*, in the 10th Judicial District Court of Galveston County, Texas, Cause No. 12-CR-1921. Appellant filed timely Notice of Appeal. The Appellant's brief was filed with this Court on 3/13/2015.

2. The present due date for filing the State's brief is 5/7/2015.

3. This is the State's first motion for extension of time to file its brief.

4. The State requests an extension to file its brief on or before 7/7/2015.

5. The State requests this extension not for delay but because during the last seventy-

1

five days, the undersigned attorney for the State:

- Completed a State's response brief in *Jordan Burdick v. State*, 14-14-00573-CR on March 19, 2015.

- Completed a State's response brief in *Broderick Grimes v. State*, 01-14-00661-CR on March 26, 2015.

- Completed a State's resply brief in *Hector Pena v. State*, 14-14-00746-CR on April 27, 2015.

- Completed a State's response brief in *Lyndon Fears v. State*, 01-14-00773-CR on May 6, 2015.

- Handled 94 expunctions and nondisclosures, and misidentification expunctions.

- Completed 7 post-conviction writ answers on case numbers: 08-CR-2004-83-2 (*Cheryl Lett*); 13-CR-0151-83-1 (*Guillermo Munoz*); 11-CR-0345-83-1 (*Mario Meza*); 00-CR-1444-83-1 (*Eldred Reid*); 12-CR-3307-83-1 (*Thaddeus Williams*); 10-CR-1217-83-7 (*Thomas Florence*); 13-CR-3260-83-1 (*Jennifer Adrian*).

- Investigated an actual innocence post-conviction writ 09-CR-1419-83-1, *Ex Parte: John Spencer Baker, Jr.*; filed the answer in this case on March 19, 2015; and filed the supplemental answer on April 29, 2015.

6. The State must also complete its response brief to *Lionel Franklin v. State*, 14-14-00559-CR, due on 5/18/2015.

7. The State must also complete its supplemental brief to *Jonathan Leal v. State*, 14-13-00208-CR, due on 5/22/2015.

WHEREFORE, PREMISES CONSIDERED, the State respectfully requests that this Court of Appeals extend the time to file the State's brief until July 7, 2015.

Respectfully submitted,

JACK ROADY
CRIMINAL DISTRICT ATTORNEY
GALVESTON COUNTY, TEXAS

ALLISON LINDBLADE
Assistant Criminal District Attorney
600 59th Street, Suite 1001
Galveston County, Texas 77551
Tel.(409)766-2355, fax (409)766-2290
State Bar Number: 24062850
allison.lindblade@co.galveston.tx.us

## CERTIFICATE OF COMPLIANCE

The undersigned Attorney for the State certifies this brief is computer generated,

and consists of 360 words.

ALLISON LINDBLADE
Assistant Criminal District Attorney
Galveston County, Texas

3

## CERTIFICATE OF SERVICE

The undersigned attorney for the State certifies that a copy of the above motion was faxed/ emailed/ eFiled / or mailed to Kyle Verrett, Attorney for Appellant, at kyle@verrettlaw.com or 2029 Strand, Suite 3, Galveston, TX 77550, on May 7, 2015.

ALLISON LINDBLADE
Assistant Criminal District Attorney
Galveston County, Texas

## AFFIDAVIT

**THE STATE OF TEXAS**

**COUNTY OF GALVESTON**

Before me, the undersigned authority, on May 7, 2015, appeared Allison Lindblade, who by me duly sworn did depose and state on oath the following:

"I, Allison Lindblade, Attorney for the State of Texas, have read the Motion for Extension of Time to File the State's Brief, and swear that the information contained therein is true and correct."

ALLISON LINDBLADE
Assistant Criminal District Attorney
Galveston County, Texas

SWORN TO AND SUBSCRIBED before me on May 7, 2015.



NOTARY PUBLIC in and for
the State of Texas

CATHERINE N. NELSON
MY COMMISSION EXPIRES
February 19, 2017

5